# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

October 12, 2015

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *In re: General Motors LLC Ignition Switch Litigation*;
     *Boyle v. General Motors LLC*, 1:15-cv-07644 (JMF);
     *Campbell, et al. v. General Motors LLC*, 1:15-cv-07445 (JMF);
     *Creeger v. General Motors LLC*, 1:15-cv-07551 (JMF);
     *Flournoy v. General Motors LLC*, 1:15-cv-07539 (JMF);
     *Hearden v. General Motors LLC*, 1:15-cv-07756 (JMF);
     *Hinds, et al. v. General Motors LLC, et al.*, 1:15-cv-07224 (JMF);
     *Patton v. General Motors LLC*, 1:15-cv-07908 (JMF);
     *Quiet, et al. v. General Motors LLC*, 1:15-cv-07389 (JMF);
     *Sharp, et al. v. General Motors LLC*, 1:15-cv-07552 (JMF);
     *Sokolowski v. General Motors LLC*, 1:15-cv-07536 (JMF)

Dear Judge Furman:

   Pursuant to Order No. 69 Paragraph 8 (Doc. No. 1162), counsel for General Motors LLC ("New GM") hereby certify that on September 30, 2015, New GM served a copy of the Order on counsel for plaintiffs in the above-captioned individual actions via email.  A copy of the letter sent to plaintiffs' counsel is attached hereto as Exhibit 1.

              Respectfully submitted,

              /s/ Richard C. Godfrey, P.C.
              /s/ Andrew B. Bloomer, P.C.

              *Counsel for Defendant General Motors LLC*